154

Jose Antonio **LANAUZE**, appellant, v. **UNIT-ED STATES** of America, appellee.

**No. 9918.**

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 8, 1948.

Decided Nov. 22, 1948.

Mr. George E. C. Hayes, of Washington, D. C., for appellant.

Mr. William S. McKinley, Asst. U. S. Atty., of Washington, D. C., with whom Mr. George Morris Fay, U. S. Atty., of Washington, D. C., was on the brief, for appellee.

Mr. Sidney S. Sachs, Asst. U. S. Atty., of Washington, D. C., also entered an appearance for appellee.

Before EDGERTON, CLARK, and WILBUR K. MILLER, Circuit Judges.

PER CURIAM.

We find no prejudicial error in the record. The judgment of the District Court is therefore affirmed.